## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                        CRIMINAL NO. 06-407 (MJD/AJB)

      PLAINTIFF,

V.                                                                                                    **ORDER**

TRAVIS CORRELL (03),

      DEFENDANT.

     This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated November 19, 2007.  There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that Defendant Travis Correll's Motions to Dismiss the Second Superseding Indictment Based on Vindictive Prosecution and for Discovery of Grand Jury Transcripts and Evidence [Docket No. 124] are **denied**.

Dated: December 3, 2007

                                                              s/Michael J. Davis
                                                              The Honorable Michael J. Davis
                                                              United States District Court