UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                           ORDER
                                                Crim. No. 06-407(3)

Travis Correll,

    Defendant.

_____

    This matter is before the Court upon the Government's motion to dismiss the charges against Defendant Correll in the above-captioned case pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure. Based on the submissions of counsel, the record, files and proceedings herein,

    IT IS HEREBY ORDERED that the Government's Motion to Dismiss [Doc. No. 140] is GRANTED and the charges against Defendant Correll are dismissed.

Date: March 24, 2008

                                                          s / Michael J. Davis
                                                          Michael J. Davis
                                                          United States District Court